# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-422
Lower Tribunal No. 16-11CFA

_____

RICHARD THOMAS STEVENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Hendry County.
James D. Sloan, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and SMITH, JJ., concur.


Allen S. Kaufman, Plantation, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED